**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RACHEL HARRELL**                                                                   **PLAINTIFF**

**V.**                                          **CASE NO.: 3:16-CV-29-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for an award of benefits that Rachel M. Harrell is entitled to receive under applicable SSA regulations. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 5th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE